COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER AND NOTICE OF INTENT TO DISMISS

Appellate case name:  Carolyn Johnson-Thomas v. Ezra Thomas, III

Appellate case number: 01-15-00007-CV

Trial court case number: 2014-00630

Trial court:     310th District Court of Harris County

   On January 6, 2015, appellant, Carolyn Johnson-Thomas, proceeding *pro se* (without an attorney), timely filed a notice of appeal in the trial court from that court's December 31, 2014 decree of divorce. *See* TEX. R. APP. P. 25.1(a), 26.1. Because appellant had not timely paid the $195 appellate filing fee, the Clerk of this Court mailed a notice on January 27, 2015, advising her that she had neither established indigence nor paid the filing fee and, as a result, her appeal was subject to dismissal unless she paid the filing fee by February 26, 2015. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 42.3(c) (allowing involuntary dismissal of case for failure to comply with clerk's notice). In response to our Clerk's notice, appellant filed a letter in this Court on February 23, 2015, claiming that, among other things, after being directed by the trial clerk to contact the Legal Aid Office, they could not give her the affidavit form, she still does not have an attorney, and cannot afford one.

   Although the clerk's record was filed on March 4, 2015, there is no indication in our Clerk's records that appellant paid for it. And on March 9, 2015, the trial court reporter filed an information sheet in this Court stating that, while there is a reporter's record, the appellant has neither requested the reporter's record be prepared nor paid for or made arrangements to pay for that record.

   Appellant did not file an affidavit of indigence with her notice of appeal in the trial court. *See* TEX. R. APP. P. 20.1(c)(1)(A). However, while we may extend the time to file an affidavit of indigence if the appellant files a motion for an extension of time within 15 days of the notice of appeal, the appellate "court may not dismiss the appeal or affirm the trial court's judgment on the ground that the appellant has failed to file an affidavit or a

sufficient affidavit of indigence unless the court has first provided the appellant notice of the deficiency and a reasonable time to remedy it." *See* TEX. R. APP. P. 20.1(c)(3).

The Court construes appellant's *pro se* letter as a letter-motion for an out-of-time extension of time to file an affidavit of indigence with the trial court or to pay the filing fee and **grants** the motion. Accordingly, it is **ORDERED** that appellant file an affidavit of indigence with the trial court or pay the $195.00 appellate filing fee to the Clerk of this Court **within 30 days of the date of this order, or else appellant is warned that this appeal may be dismissed without further notice**. *See* TEX. R. APP. P. 5, 42.3(c). Because the appellant is proceeding *pro se*, appellant is directed to contact the Harris County District Clerk's Office for a sample affidavit of indigence that complies with Texas Rule of Appellate Procedure 20.1(b) and the procedures that may follow the filing of such an affidavit. *See* TEX. R. APP. P. 20.1(b), (e)-(j).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
        ☑ Acting individually    ☐ Acting for the Court

Date: April 9, 2015